IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| LISA UPAH,<br>　　　Plaintiff,<br><br>vs.<br><br>MERCY MEDICAL CENTER,<br>　　　Defendant. | No. 1:18-cv-63-CJW-KEM<br><br>**JUDGMENT** |

**THIS ACTION WAS** decided by Judge C.J. Williams on a motion for summary judgment filed on December 31, 2018 (doc. 31).

**THE COURT HAS ORDERED THAT** judgment is entered in favor of Defendant Mercy Medical Center against Plaintiff Lisa Upah.

**DATED** this 8th day of April, 2019.

　　　　　　　　　　　　　　　　　　　ROBERT L. PHELPS, CLERK
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　　　NORTHERN DISTRICT OF IOWA

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　By: Paul A. Coberly, Deputy Clerk